IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC L. ALLEN,
ADC #106177                                                                                           PLAINTIFF

v.                                    4:10-cv-1547-DPM

JASON CAMERON,
Patrol Officer, Conway Police
Department; and J. DAVIS, Bailiff/Patrol
Officer, Conway Police Department                                              DEFENDANTS

ORDER

Defendants Cameron and Davis move to dismiss Allen's complaint. Allen has not filed any paper or otherwise contacted the Court in more than seven months. Nor has he responded to the pending motion to dismiss or the many letters the Defendants have sent in an effort to move this case forward. *Document No. 17, at 4–8.* The motion to dismiss, *Document No. 17,* is therefore granted. Allen's complaint is dismissed without prejudice for failure to prosecute. FED. R. CIV. P. 41(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2011