IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC L. ALLEN,
ADC #106177                                                              PLAINTIFF

v.                    4:10-cv-1547-DPM

AMY BRASSLER, Judge, Faulkner
County; ANGEL LEE BURNETT,
Patrol Office, Conway Police
Department; JASON CAMERON,
Patrol Officer, Conway Police
Department; and J. DAVIS, Bailiff/Patrol
Officer, Conway Police Department          DEFENDANTS

JUDGMENT

Eric Allen's complaint is dismissed without prejudice for failure to prosecute.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2011